The People of the State of New York, Respondent, v. Raymond J. Curtis, Appellant.— Order overruling demurrer affirmed. Judgment of conviction affirmed. All concurred.

George Burgess, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Otto A. Beever, Individually and as Administrator, etc., Appellant, v. Joseph B. King, as Executor, etc., and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Julia Giofrida, Respondent, v. Isaac N. Easterbrook, Appellant.— Judgment and order affirmed, with costs. All concurred.

L. Black Company, Respondent, v. London Guarantee and Accident Company, Limited, Appellant.— Order affirmed, with costs. All concurred.

Leroy Jerred, Respondent, v. Oswego Construction Company, Inc., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty